**QUECHEE LAKES CORPORATION v. George DEVRIES and**

Priscilla DeVries, No. 171-77

October 4, 1977. Appeal dismissed. V.R.C.P. 54(b).